*Hartwell Cabell,* appellant, in person.

*Alfred C. Bennett* and *Isaac Goldstein* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.

RICHARD J. MACKEY, Individually, et al., Appellants and Respondents, *v.* PASSAIC STONE Co., INC., et al., Respondents and Appellants.

Argued January 5, 1944; decided February 24, 1944.

*Richard J. Mackey,* in person, for plaintiffs, appellants and respondents.

*John A. Murray, Jr.,* for defendants, respondents and appellants.

Judgment affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.

JOHN MARTINITZ, Appellant, *v.* JOHN TRAINER et al., Respondents.

Argued January 11, 1944; decided February 24, 1944.